**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   APL CO. Pte., LTD., and AMERICAN              No. CV 11-04851 YGR (DMR)
     PRESIDENT LINES, LTD.,
12                                                 **ORDER FOR SUPPLEMENTAL**
            Plaintiffs,                            **BRIEFING**
13
14          v.

15    CRUZ INTERNATIONAL, INC.,

16          Defendant.
     _____/
17
18
          Having reviewed Plaintiffs' Motion for Default Judgment, the court hereby orders Plaintiffs
19
     to submit supplemental evidence and information in support of the Motion as follows, **by no later**
20
     **than January 31, 2012:**
21
          (1)    A more detailed explanation as to why this Court is a proper venue for this claim
22
                 pursuant to ¶ 4(a) of the Service Contract between the parties.  [Docket No. 17.]
23
          (2)    A more detailed accounting of the amounts of time spent by counsel and support staff
24
                 on particular tasks, sufficient to support Plaintiffs' requested award of reasonable
25
                 attorneys' fees for litigating this action.
26
          (3)    Time records to support Plaintiffs' request for additional attorneys' fees, such that the
27
                 court may determine whether the time spent was "excessive, redundant, or otherwise
28

**United States District Court**

For the Northern District of California

1    unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434, (1983); *see also* Civ. L.R.

2    54-5.

3        The court notes that although the factual contentions of the operative complaint must be

4    accepted as true when determining the liability of a defaulting defendant, this rule does not apply to

5    statements regarding damages. *Geddes v. United Fin. Group*, 559 F.2d 557, 560 (9th Cir. 1977).  A

6    plaintiff must establish damages in default proceedings.

7        Immediately upon receipt of this Order, Plaintiffs shall serve a copy on Defendant and shall

8    e-file a proof of service on the same day that service is effected.  At the same time Plaintiffs'

9    supplemental information as ordered herein is submitted to the court, Plaintiffs shall serve Defendant

10   with a copy and file a proof of service with the court.  Service by Plaintiffs may be made by mail.

11

12       IT IS SO ORDERED.

13

14   Dated: January 24, 2012

15                                         DONNA M. RYU
                                           United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28