**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APL CO. PTE., LTD., and AMERICAN PRESIDENT LINES, LTD.,<br>           Plaintiffs,<br><br>     vs.<br><br>CRUZ INTERNATIONAL, INC.,<br>           Defendant. | Case No.: 4:11-cv-4851<br><br>**ORDER TO SHOW CAUSE RE: STRIKING FEBRUARY 14, 2012 FILING BY VICTOR CRUZ** |

On February 14, 2012, a submission captioned "Documents for Consideration As Evidence By the Court" was filed with the Court. The caption page indicates that the document was filed by "Victor Cruz, Agent for Service of Process" for Cruz International, Inc.

VICTOR CRUZ IS HEREBY ORDERED TO SHOW CAUSE on March 9, 2012, at 9:01 a.m. why the February 14, 2012 filing should not be stricken by the Court. The document is not a proper appearance by Defendant Cruz International, Inc., which as a corporation cannot appear in this court other than by counsel. See, e.g., *Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 195, 113 S.Ct. 716, 717 (1993). Further, as a default has been entered against Defendant Cruz International, Inc., no appearance can be made other than a request to set aside the default.

Any written response to this Order shall be filed and served no later than March 2, 2012.

IT IS SO ORDERED.

February 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**